| | |
|---|---|
| 1 | DEVERIE CHRISTENSEN (SBN 243829) |
| 2 | ALISON J. CUBRE (SBN 257834)<br>JACKSON LEWIS LLP |
| 3 | 199 Fremont Street, 10th Floor<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401 |
| 5 | Attorneys for Defendant |
| 6 | JEWISH FAMILY AND<br>CHILDREN'S SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR L. MIJARES, NENITA Q. MIJARES, MILO REYES,<br><br>Plaintiffs,<br><br>v.<br><br>JEWISH FAMILY AND CHILDREN SERVICES and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | U.S.D.C. Case No. CV 09-01651 MEJ<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF HECTOR L. MIJARES FROM THIS ACTION WITH PREJUDICE, AND (PROPOSED) ORDER THEREON** |

THE PARTIES, PLAINTIFFS HECTOR L. MIJARES, NENITA Q. MIJARES and MILO REYES ("Plaintiffs") and DEFENDANT JEWISH FAMILY AND CHILDREN'S SERVICES ("Defendant") (collectively "the Parties") stipulate that Plaintiff Hector L. Mijares be dismissed from this action, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a).

/

/

/

/

/

///

1

05/05/2009 14:42 IFAX ecopy@jacksonlewis.com → ALBERT BOASBERG @002/002
05/05/2009 14:32 4159896961 ALBERT BOASBERG PAGE 02
Case3:09-cv-01651-MEJ Document7-8 Filed 05/15/2009 Page 2 of 2
@005

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3  Date: May ___, 2009

ALBERT L. BOASBERG

By: *[signature]*
Albert L. Boasberg
Attorney for Plaintiffs
HECTOR L. MIJARES, NENITA Q. MIJARES and MILO REYES

9  Date: May 5, 2009

JACKSON LEWIS LLP

By: *[signature]*
Deverie J. Christensen
Alison J. Cubre
Attorneys for Defendant
JEWISH FAMILY AND CHILDREN'S SERVICES

### ~~(PROPOSED)~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 18, 2009

*[signature]*
HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

---

STIPULATION FOR DISMISSAL     2     USDC Case No. CV 09 1651 MEJ