| | |
|---|---|
| 1 | DEVERIE CHRISTENSEN ( SBN 243829) |
| | ALISON J. CUBRE (SBN 257834) |
| 2 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 3 | San Francisco, California  94105 |
| | Telephone:     (415) 394-9400 |
| 4 | Facsimile:     (415) 394-9401 |
| | Email:  christensend@jackosnlewis.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | JEWISH FAMILY AND |
| | CHILDREN'S SERVICES |
| 7 | |

8         UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | HECTOR L. MIJARES, NENITA Q. MIJARES, MILO REYES, | U.S.D.C. Case No. CV 09-01651 MEJ |
| 12 | | |
| 13 | Plaintiffs, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES ACCORDINGLY, AND TO CONTINUE ADR TELECONFERENCE, AND [PROPOSED] ORDER THEREON** |
| 14 | v. | |
| 15 | JEWISH FAMILY AND CHILDREN SERVICES and DOES 1 THROUGH 10, inclusive, | |
| 16 | | |
| 17 | Defendants. | |

18

19         THE PARTIES, PLAINTIFFS NENITA Q. MIJARES and MILO REYES ("Plaintiffs")

20 and DEFENDANT JEWISH FAMILY AND CHILDREN'S SERVICES ("Defendant")

21 (collectively "the Parties") stipulate and respectfully request the Court enter an Order continuing

22 the Initial Case Management Conference for sixty (60) days, and all related deadlines accordingly,

23 and continuing the ADR Teleconference for sixty (60) days, because the Parties have reached a

24 resolution of this case and require time to complete the necessary settlement documents and to file

25 a Stipulation for Dismissal With Prejudice without having to incur any additional fees and costs

26 associated with the current Case Management Conference deadlines and ADR Teleconference

27 process.

28

07/09/2009 14:31 IFAX ecopy@jacksonlewis.com → Reception ☒003/003
07/09/2009 14:20 4153503050 ALBERT BOASBERG PAGE 03
Case 3:09-cv-01651-MEJ   Document 14   Filed 07/10/09   Page 2 of 2

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3  Date: July ___, 2009                    ALBERT L. BOASBERG

4                                          By: _____
                                           Albert L. Boasberg
5                                          Attorney for Plaintiffs
                                           NENITA Q. MIJARES and MILO
6                                          REYES

9  Date: July ___, 2009                    JACKSON LEWIS LLP

10                                         By: _____
                                           Deverie J. Christensen
11                                         Alison J. Cubre
                                           Attorneys for Defendant
12                                         JEWISH FAMILY AND CHILDREN'S
                                           SERVICES

15                      ~~(PROPOSED)~~ ORDER

16  PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management
17  Conference is continued to September 17, 2009, at 10:00 a.m., with all related
18  deadlines continued accordingly, and the ADR Teleconference is continued to
19  parties to contact ADR Dept. 2009, at _____.m.

22  Dated: July 10, 2009
                                           _____
23                                         HONORABLE MARIA-ELENA JAMES
                                           UNITED STATES DISTRICT COURT
                                           MAGISTRATE JUDGE

---

2

STIP. TO CONT. INITIAL CMC AND ALL RELATED
DEADLINES ACCORDINGLY                              USDC Case No. CV 09 1651 MEJ