```
DEVERIE CHRISTENSEN (SBN 243829)
ALISON J. CUBRE (SBN 257834)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
JEWISH FAMILY AND
CHILDREN'S SERVICES
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR L. MIJARES, NENITA Q. MIJARES, MILO REYES,<br><br>Plaintiffs,<br><br>v.<br><br>JEWISH FAMILY AND CHILDREN SERVICES and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | U.S.D.C. Case No. CV 09-01651 MEJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER** |

THE PARTIES, PLAINTIFFS NENITA Q. MIJARES and MILO REYES ("Plaintiffs") and DEFENDANT JEWISH FAMILY AND CHILDREN'S SERVICES ("Defendant") (collectively "the Parties") having resolved all claims in the above-referenced matter, hereby stipulate that this entire action, Case Number CV 09-01651 MEJ, be dismissed with prejudice.

///
///
///
///
///
///

1

STIPULATION FOR DISMISSAL                                          USDC Case No. CV 09 1651 MEJ

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3  Date: August ___, 2009                    ALBERT L. BOASBERG

                                             By: _____
                                             Albert L. Boasberg
                                             Attorney for Plaintiffs
                                             NENITA Q. MIJARES and MILO
                                             REYES

9  Date: August _3_, 2009                    JACKSON LEWIS LLP

                                             By: _____
                                             Deverie J. Christensen
                                             Alison J. Cubre
                                             Attorneys for Defendant
                                             JEWISH FAMILY AND CHILDREN'S
                                             SERVICES

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the entire action in Case Number CV 09-01651 MEJ is dismissed with prejudice. The Clerk of Court shall close the file.

Dated: 8/5/2009

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE